**Order filed, January 8, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-01021-CR

_____

**ROBERT  LEWIS FELDER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 338th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1574593**

## ORDER

The reporter's record in this case was due December 23, 2019.  *See* Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order the court reporter of the 338th District Court to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Christopher and Bourliot.